**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**HLFIP HOLDING, INC.** d/b/a
**SMART COMMUNICATIONS IP HOLDINGS,**

Plaintiff,

**v.**

**RUTHERFORD COUNTY, TENNESSEE;**

**MICHAEL FITZHUGH,** *in his official capacity as Rutherford County Sheriff;*

**KEITH D. LOWERY,** *in his official capacity as Chief Deputy of Rutherford County Sheriff's Office;*

**RUTHERFORD COUNTY ADULT DETENTION CENTER;** and

**CHRISTOPHER FLY,** *in his official capacity as Deputy Chief of Rutherford County Adult Detention Center;*

Defendants and Counterclaimants,

**VENDENGINE, INC.**

Intervenor.

Civil Action No.: 3:19-cv-00714

**Judge Richardson**
**Magistrate Judge Frensley**

**JURY DEMANDED**

## MOTION TO AMEND PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants Rutherford County, Tennessee; Michael Fitzhugh, in his official capacity as Rutherford County Sheriff; Keith D. Lowery, in his official capacity as Chief Deputy of Rutherford County Sheriff's Office; Rutherford County Adult Detention Center; and Christopher Fly, in his official capacity as Deputy Chief of Rutherford County Adult Detention Center ("Defendants") respectfully request an Order amending the January 21, 2020 Protective Order in the above-captioned action. Defendants attach as Exhibit A a proposed First Amended Protective Order, containing additional language at Paragraph 15 which addresses recent attempts by Plaintiff to contact Defendants regarding

settlement, in disregard of the Court's January 30, 2020 Order denying Plaintiff's Motion for Judicial Settlement Conference, and in violation of the spirit of Model Rule of Professional Conduct 4.2.

For the reasons stated in the accompanying Memorandum of Law in Support of Defendants' Motion to Amend Protective Order, Declaration of André J. Bahou, and Exhibits attached thereto, and in light of the evidence considered and good cause shown, Defendants respectfully request that this Court grant Defendants' Motion to Amend Protective Order.

A proposed order is filed with this motion.

Respectfully submitted,

/s/ André J. Bahou
André J. Bahou (TN BPR 028621)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 850-8069
AJ.Bahou@wallerlaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served via Court's ECF System to the following recipients on February 14, 2020:

Gregory S. Reynolds
John David Clark
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
greyreynolds@rwjplc.com
dclark@rwjplc.com

Katrina M. Quicker
Jason P. Grier
Baker & Hostetler LLP (Atlanta)
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
jgrier@bakerlaw.com
kquicker@bakerlaw.com

*Attorneys for Plaintiff*

Edward Ramage
Baker Donelson Bearman,
Caldwell & Berkowitz PC
211 Commerce Street, Suite 800
Nashville, TN 37201
T: (615) 726-5771
F: (615) 744-5771
eramage@bakerdonelson.com

*Attorneys for VendEngine, Inc.*

/s/ André J. Bahou
André J. Bahou

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **HLFIP HOLDING, INC.** d/b/a **SMART COMMUNICATIONS IP HOLDINGS,**<br>Plaintiff,<br>**v.**<br>**RUTHERFORD COUNTY, TENNESSEE;**<br>**MICHAEL FITZHUGH,** *in his official capacity as Rutherford County Sheriff;*<br>**KEITH D. LOWERY,** *in his official capacity as Chief Deputy of Rutherford County Sheriff's Office;*<br>**RUTHERFORD COUNTY ADULT DETENTION CENTER;** and<br>**CHRISTOPHER FLY,** *in his official capacity as Deputy Chief of Rutherford County Adult Detention Center;*<br>Defendants and Counterclaimants,<br>**VENDENGINE, INC.**<br>Intervenor. | Civil Action No.: 3:19-cv-00714<br><br>**Judge Richardson**<br>**Magistrate Judge Frensley**<br><br>**JURY DEMANDED** |

**ORDER GRANTING DEFENDANTS' MOTION TO AMEND PROTECTIVE ORDER**

It is ORDERED that Defendants' Motion to Amend Protective Order is GRANTED. The clerk shall enter the First Amended Protective Order attached as Exhibit A to Defendants' Motion.

ORDERED this ______ day of ______________, 2020.

______________________________
Judge Jeffrey S. Frensley
United States Magistrate Judge