# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **DECLARATION OF ANDRÉ J. BAHOU** (Docket number 58) has been served via the Court's ECF System to the following recipients on February 13, 2020.

The undersigned hereby certifies that the **MOTION TO AMEND PROTECTIVE ORDER** (Docket number 61), **MEMORANDUM IN SUPPORT OF MOTION** (Docket number 62), and **DECLARATION OF ANDRÉ J. BAHOU** (Docket number 63) has been served via the Court's ECF System to the following recipients on February 14, 2020.

Gregory S. Reynolds
John David Clark
Riley, Warnock &Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
greyreynolds@rwjplc.com
dclark@rwjplc.com

Katrina M. Quicker
Jason P. Grier
Kevin P. Flynn
Baker & Hostetler LLP (Atlanta)
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
jgrier@bakerlaw.com
kquicker@bakerlaw.com
kflynn@bakerlaw.com
*Attorneys for Plaintiff*

Edward Ramage
Baker Donelson Bearman, Caldwell &
 Berkowitz PC
211 Commerce Street, Suite 800
Nashville, TN 37201
T: (615) 726-5771
F: (615) 744-5771
eramage@bakerdonelson.com

*Attorneys for VendEngine, Inc.*

/s/ André J. Bahou
André J. Bahou