**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **HLFIP HOLDING, INC. d/b/a SMART COMMUNICATIONS IP HOLDINGS**, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:19-cv-00714 |
| **RUTHERFORD COUNTY, TENNESSEE**; **MICHAEL FITZHUGH**, *in his official capacity as Rutherford County Sheriff*; **KEITH D. LOWERY**, *in his official capacity as Deputy Chief of Rutherford County Sheriff's Office*; **RUTHERFORD COUNTY ADULT DETENTION CENTER**; and **CHRISTOPHER FLY**, *in his official capacity as Deputy Chief of Rutherford County Adult Detention Center*; | **District Judge Richardson** **Magistrate Judge Frensley** **JURY DEMANDED** |
| Defendants and Counterclaimants, | |
| **VENDENGINE, INC.** | |
| Intervenor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff, HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings, Inc. ("Smart Communications"), gives notice that Keane A. Barger, of the law firm Riley Warnock & Jacobson, PLC, shall be substituted as counsel for J. David Clark, who is withdrawing from this matter. Smart Communications shall continue to be represented by Gregory S. Reynolds, of the law firm of Riley, Warnock & Jacobson, PLC, and Jason P. Grier and Katrina M. Quicker, of the law firm Baker & Hostetler, LLP.

1

s/ Keane A. Barger
Gregory S. Reynolds (18204)
Keane A. Barger (33196)
J. David Clark (36761)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
greynolds@rwjplc.com
kbarger@rwjplc.com
dclark@rwjplc.com

Katrina M. Quicker (*pro hac vice*)
Jason P. Grier (*pro hac vice*)
Baker & Hostetler LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
kquicker@bakerlaw.com
jgrier@bakerlaw.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document has been served via Court's

ECF System to the following recipients on March 3rd, 2020:

André J. Bahou
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 850-8179
AJ.Bahou@wallerlaw.com

Wayne Edward Ramage
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street
Suite 800
Nashville, TN 37201
(615) 726-5600
eramage@bakerdonelson.com

s/ Keane A. Barger

3